IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY MARSHAL,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION NO. 05-0279-CG-C |
| **JERRY FERRELL, et al,** | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that defendant's motion for summary judgment (Doc. 20) be and is hereby **GRANTED** and that this action is hereby **DISMISSED** with prejudice.

**DONE** this 5th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE