## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL ANTHONY MARSHAL,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION NO. 05-0279-CG-C** |
| **JERRY FERRELL, et al,** | **:** | |
| **Defendants.** | **:** | |

## JUDGMENT

In accordance with the court's order granting defendants' motions for summary judgment entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants Jerry Ferrell, Michael Caraway and Christopher Johnson and against Plaintiff Michael Marshall on all claims.

Therefore, this action is **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 5th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE